# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Panini Grill and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Safedin Deminovic
_____
**Full Legal Name (Print)**

Signed by:
[signature]
3BD74961DFEC4F2...
_____
**Signature**

4/17/2025
_____
**Date**