CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Panini Grill and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Angelina Breslin

Full Legal Name (Print)

*[Signature: Angelina Breslin]*

Signature

4/11/2025

Date