# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Panini Grill and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Michelle Mahon
_____
Full Legal Name (Print)

*Michelle Mahon* (DocuSigned)
_____
Signature

4/24/2025
_____
Date