Docusign Envelope ID: 8785A7C6-50A6-4FCD-97B9-E09DA590D43F

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT


I am an employee currently or formerly employed by *Panini Grill* and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.


Signed by:

8894F5A065BA4CA...

Full Legal Name (Print)


4/28/2025

Signature


4/28/2025

Date