AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Petosa et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02050 |
| Mac Brothers II LLC et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                        .

Date:    05/13/2025

s/ Alan Bennett
*Attorney's signature*

Alan Bennett- AJB-1635
*Printed name and bar number*

Alan J. Bennett, PLLC
369 Lexington Avenue
Suite 217
New York, New York 10017

*Address*

alan@alanjbennettpllc.com
*E-mail address*

(212) 696-2116
*Telephone number*

(212) 696-2115
*FAX number*