UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE LOCKETT-GUIDA, and ANNA MASTRANTONI on behalf of themselves and others similarly situated,<br><br>                     Plaintiffs,<br><br>          v.<br><br>MAC BROTHERS II LLC, d/b/a PANINI GRILL, PETER MACRI, and SALVATORE MACRI,<br><br>                     Defendants. | 25-CV-2050 (RER) |

**NOTICE OF WITHDRAWAL OF CONSENT TO SUE**

Plaintiffs' counsel hereby notifies the Court and all parties that Opt-In Plaintiff Joella Da Lemme hereby withdraws her previously filed consent to sue.

Dated: New York, New York
       May 19, 2025

                                        By: /s/ *Josef Nussbaum*
                                            D. Maimon Kirschenbaum
                                            Josef Nussbaum
                                            32 Broadway, Suite 601
                                            New York, New York 10004
                                            212-688-5640

                                            *Attorneys for Plaintiffs and Opt-In Plaintiffs*