UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NICOLE LOCKETT-GUIDA, and ANNA
MASTRANTONI on behalf of themselves and
others similarly situated,

                Plaintiffs,

      v.

MAC BROTHERS II LLC, d/b/a PANINI GRILL,
PETER MACRI, and SALVATORE MACRI,

                Defendants.

25-CV-2050 (RER)

## NOTICE OF WITHDRAWAL OF CONSENT TO SUE

Plaintiffs' counsel hereby notifies the Court and all parties that Opt-In Plaintiff Sally

Petosa hereby withdraws her previously filed consent to sue.

Dated: New York, New York
       May 19, 2025

                By: /s/ *Josef Nussbaum*
                     D. Maimon Kirschenbaum
                     Josef Nussbaum
                     32 Broadway, Suite 601
                     New York, New York 10004
                     212-688-5640

                     *Attorneys for Plaintiffs and Opt-In Plaintiffs*