UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE LOCKETT-GUIDA, and ANNA MASTRANTONI on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MAC BROTHERS II LLC, d/b/a PANINI GRILL, PETER MACRI, and SALVATORE MACRI,<br><br>    Defendants. | 25-CV-2050 (RER) |

**NOTICE OF WITHDRAWAL OF CONSENT TO SUE**

  Plaintiffs' counsel hereby notifies the Court and all parties that Opt-In Plaintiff Ashley Romania hereby withdraws her previously filed consent to sue.

Dated: New York, New York
    May 20, 2025

                By: /s/ *Josef Nussbaum*
                  D. Maimon Kirschenbaum
                  Josef Nussbaum
                  32 Broadway, Suite 601
                  New York, New York 10004
                  212-688-5640

                  *Attorneys for Plaintiffs and Opt-In Plaintiffs*