UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE LOCKETT-GUIDA, and ANNA MASTRANTONI on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>MAC BROTHERS II LLC, d/b/a PANINI GRILL, PETER MACRI, and SALVATORE MACRI,<br><br>　　　　　Defendants. | 25-CV-2050 (RER) |

**NOTICE OF WITHDRAWAL OF CONSENT TO SUE**

　　Plaintiffs' counsel hereby notifies the Court and all parties that Opt-In Plaintiff Joella Di Lemme hereby withdraws her previously filed consent to sue.

Dated: New York, New York
　　　　May 22, 2025

　　　　　　　　　　　　　　　　　　　　By: /s/ *Josef Nussbaum*
　　　　　　　　　　　　　　　　　　　　　　D. Maimon Kirschenbaum
　　　　　　　　　　　　　　　　　　　　　　Josef Nussbaum
　　　　　　　　　　　　　　　　　　　　　　32 Broadway, Suite 601
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　　212-688-5640

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and Opt-In Plaintiffs*