# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Panini Grill and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Sally Petosa
_____
Full Legal Name (Print)

*Signed by: Sally Petosa*
AC6370F2CBC044E...
_____
Signature

6/26/2025
_____
Date