AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| SALLY PETOSA, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-02050 |
| MAC BROTHERS II, LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 10/30/2025

*Attorney's signature*

Shaun Gregory White (SW 7495)
*Printed name and bar number*

LoPresti, PLLC
55 Broadway, Suite 311
New York, New York 10006

*Address*

swhite@lopresti.one
*E-mail address*

(212) 757-5277
*Telephone number*

*FAX number*