# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 302 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

November 21, 2025

**VIA ECF**

Honorable Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Petosa, et al v. Mac Brothers II LLC, et al*, 25-cv-02050 (RER)(SDE)

Dear Judge Eichenholtz:

      We represent Plaintiffs in the above-captioned matter. I write pursuant to Yor Honor's Order earlier today requesting that undersigned clarify our "request to dismiss Plaintiff Anna Mastrantoni in light of [my] previous representation to Defendants' counsel and the Court that all plaintiffs other than Ms. Petosa wanted to proceed with this lawsuit."

      On November 16, 2025, shortly after learning that Ms. Petosa's claims would be withdrawn, Ms. Mastrantoni indicated that she too wished not to be a part of this lawsuit. Prior to that, we had been in regular communication with her in pursuit of her claims. I addition, we respectfully note that Ms. Mastrantoni's name is misspelled in the Notice of Dismissal we filed, I have attached a corrected version as Exhibit A.

      Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/ *D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum
45 Broadway, Suite 302
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)