UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NICOLE LOCKETT-GUIDA and ANNA MASTRANTONI, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

MAC BROTHERS II LLC d/b/a PANINI GRILL, PETER MACRI, and SALVATORE MACRI,

        Defendants.

No.: 25-cv-2050 (RER)

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)**

Plaintiff Anna Mastrantoni and opt-in Plaintiff Sally Petosa, hereby dismiss all their claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(2).

Dated: New York, New York
       November 20, 2025

**JOSEPH & KIRSCHENBAUM LLP**

By: /s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum
Lucas C. Buzzard
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 981-9587 (fax)