# EXHIBIT B

Case 1:25-cv-02050-RER-SDE   Document 47-2   Filed 12/09/25   Page 1 of 2 PageID #: 230

**From:** Maimon Kirschenbaum maimon@jk-llp.com
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY (FRE 408) - Petosa, et al. v. Mac Brothers d/b/a Panini Grill, et al.
**Date:** December 4, 2025 at 12:09 PM
**To:** Anthony LoPresti alopresti@lopresti.one
**Cc:** Josef Nussbaum jnussbaum@jk-llp.com, Lucas Buzzard lucas@jk-llp.com, Dominic Prophete dprophete@lopresti.one, Shaun Gregory White swhite@lopresti.one, Anthony LoPresti alopresti@lopresti.one

Anthony:

Ms. Breslin accepts Panini Grill's offer of $10,640.   We can draft an agreement, or you can.  (We'd be ok with an offer of judgment if you prefer, or some hybrid-OOJ/settlement agreement)/.  As to the others, we are working on a counter.   We will get back to you shortly.

As to depositions, Ms. Lockett-Guida and Mr. Demirovic are confirmed for the dates you noticed.   We are working on Ms. Mahon, will get back to you soon.

Thanks.

DMK

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
(917) 841-3342

**From:** Anthony LoPresti <alopresti@lopresti.one>
**Date:** Wednesday, December 3, 2025 at 7:23 PM
**To:** Maimon Kirschenbaum <maimon@jk-llp.com>
**Cc:** Josef Nussbaum <jnussbaum@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>, Dominic Prophete <dprophete@lopresti.one>, Shaun Gregory White <swhite@lopresti.one>, Anthony LoPresti <alopresti@lopresti.one>
**Subject:** FOR SETTLEMENT PURPOSES ONLY (FRE 408) - Petosa, et al. v. Mac Brothers d/b/a Panini Grill, et al.

Maimon -
Please see attached 4 letters for each remaining Plaintiff.
Please note these are time sensitive since the deadline for depositions of plaintiffs is fast approaching.

Let me know if you wish to discuss.

Regards,

**Anthony A. LoPresti**
LOPRESTI, PLLC I https://link.edgepilot.com/s/14e2485d/CTNCXynQjkGZq2DUGJnH3w?u=http://www.lopresti.one/
**D.** 646.490.0065 **C.** 917.626.0020
alopresti@lopresti.one
Financial District Office:
55 Broadway, Ste. 311, New York, NY 10006

**LOPRESTI.ONE**

This email may contain confidential information. If you are not the intended recipient, any dissemination of this email or its contents is strictly prohibited. If you received this email in error, please immediately notify this office.  Any discussion of U.S. federal tax issues contained herein is not intended and cannot be relied upon for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.