# EXHIBIT C

**From:** Anthony LoPresti alopresti@lopresti.one
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY (FRE 408) - Petosa, et al. v. Mac Brothers d/b/a Panini Grill, et al.
**Date:** December 9, 2025 at 6:57 AM
**To:** Maimon Kirschenbaum maimon@jk-llp.com
**Cc:** Josef Nussbaum jnussbaum@jk-llp.com, Lucas Buzzard lucas@jk-llp.com, Dominic Prophete dprophete@lopresti.one, Shaun Gregory White swhite@lopresti.one, Mike DiGiulio mike@jk-llp.com, Anthony A. LoPresti alopresti@lopresti.one

Maimon -

Please advise Ms. Breslin that her claims are not settled, as you are aware, and if she does not appear on the scheduled date for her examination she will be in contempt.

Anthony A. LoPresti
LOPRESTI, PLLC
55 Broadway, Ste. 311
New York, N.Y. 10006
P. 646.490.0065 C. 917.626.0020
E. alopresti@lopresti.one
https://link.edgepilot.com/s/d8fb293d/09A65hgPUkGf1ofPto4Xbw?u=http://www.lopresti.one/
Sent by iPhone

> On Dec 8, 2025, at 11:03 PM, Maimon Kirschenbaum <maimon@jk-llp.com> wrote:
>
> Angelina's claims are settled. As you know. Safedin is on. Thanks. DMK
>
> Get Outlook for iOS
>
> **From:** Anthony LoPresti <alopresti@lopresti.one>
> **Sent:** Monday, December 8, 2025 8:26:29 PM
> **To:** Maimon Kirschenbaum <maimon@jk-llp.com>
> **Cc:** Josef Nussbaum <jnussbaum@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>; Dominic Prophete <dprophete@lopresti.one>; Shaun Gregory White <swhite@lopresti.one>; Mike DiGiulio <mike@jk-llp.com>; Anthony A. LoPresti <alopresti@lopresti.one>
> **Subject:** Re: FOR SETTLEMENT PURPOSES ONLY (FRE 408) - Petosa, et al. v. Mac Brothers d/b/a Panini Grill, et al.
>
> Yes. Links below:
>
> **Petosa, et al. vs Msc Brothers II LLC., et al.**, scheduled to be held on **12/11/2025** and **starting at 10:00AM (Eastern Standard Time).** Held at: **Remote Legal,,,NY.**
>
> Links:
> **Safedin Deminovic | Plaintiff**
> https://link.edgepilot.com/s/581303b2/9LtIqbOLM0_PTj2i24jQTQ?u=https://app.remotelegal.com/deposition/join/93e80627-6b71-45c4-9b44-22aec50f865c
>
> **Angelina Breslin | Plaintiff | 3:00pm (ET)**
> https://link.edgepilot.com/s/a49cdacd/OAYrP28hsUGMicBJ6F7NTQ?u=https://app.remotelegal.com/deposition/join/6507c7ef-43cd-4463-8443-bb1bedfedc41
>
> Anthony A. LoPresti
> LOPRESTI, PLLC
> 55 Broadway, Ste. 311
> New York, N.Y. 10006
> P. 646.490.0065 C. 917.626.0020
> E. alopresti@lopresti.one
> https://link.edgepilot.com/s/95795374/kfGbuPPIBUeuBzhLrqe8lQ?u=http://www.lopresti.one/
> Sent by iPhone
>
>> On Dec 8, 2025, at 6:53 PM, Maimon Kirschenbaum <maimon@jk-llp.com> wrote:

Anthony:

Please confirm if you intend to take the depositions, and if yes, please give us the details of zoom, etc. I am around if you'd like to discuss. Please include Mike DiGiulio on these communications. Thanks.

DMK

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
(917) 841-3342

**From:** Maimon Kirschenbaum <maimon@jk-llp.com>
**Date:** Thursday, December 4, 2025 at 5:18 PM
**To:** Anthony LoPresti <alopresti@lopresti.one>
**Cc:** Josef Nussbaum <jnussbaum@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>, Dominic Prophete <dprophete@lopresti.one>, Shaun Gregory White <swhite@lopresti.one>, Anthony LoPresti <alopresti@lopresti.one>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY (FRE 408) - Petosa, et al. v. Mac Brothers d/b/a Panini Grill, et al.

Anthony. The standard term was release of **her** claims, not other people's claims. This pretty cut and dry. You served 4 separate offers. One was accepted I am not arguing this point further. We will move to enforce.

As to the others. I can reduce those 3's demand to $140k, all in. Open till COB tomorrow.

DMK

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
(917) 841-3342

**From:** Anthony LoPresti <alopresti@lopresti.one>
**Date:** Thursday, December 4, 2025 at 4:49 PM
**To:** Maimon Kirschenbaum <maimon@jk-llp.com>
**Cc:** Josef Nussbaum <jnussbaum@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>, Dominic Prophete <dprophete@lopresti.one>, Shaun Gregory White <swhite@lopresti.one>, Anthony LoPresti <alopresti@lopresti.one>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY (FRE 408) - Petosa, et al. v. Mac Brothers d/b/a Panini Grill, et al.

Maimon -
As you are aware, the letter offer to Ms. Breslin states, among other things:

"This offer is conditioned on the following standard terms: (i) dismissal and full release of **all claims** under federal, state, and local law ... This communication is for settlement purposes only and **our clients reserve all rights**."

We've also made it clear in all discussions that this was a global settlement.
All plaintiffs must settle.

I have authority to settle all for $110,000.00 as a lump sum now.

**[remainder of email chain omitted as not relevant]**